```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 North Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177                   JS - 6
         E-Mail:   Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 11-02370 DDP (Ex) |
|---|---|
| Plaintiff, | ) |
| v. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $35,244.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| ROBERT FLOYD FREELAND, | ) |
| Claimant. | ) |

On or about March 21, 2011, plaintiff United States of America ("the United States of America") filed a Verified Complaint for Forfeiture alleging that the defendant $35,244.00 in U.S. currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 981(a)(6).

1     Claimant Robert Floyd Freeland ("claimant") claims an
2 interest in the defendant currency.  No other parties have
3 appeared in this case and the time for filing claims and answers
4 has expired except as to claimant.
5     Claimant (without admitting the allegations of the
6 complaint) and the United States of America have now agreed to
7 settle this action and to avoid further litigation by entering
8 into this Consent Judgment of Forfeiture.
9     The Court having been duly advised of and having considered
10 the matter, and based upon the mutual consent of the parties
11 hereto,
12     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
13     1.   This Court has jurisdiction over the subject matter of
14 this action and the parties to this Consent Judgment of
15 Forfeiture.
16     2.   The Complaint for Forfeiture states a claim for relief
17 pursuant to 21 U.S.C. § 881(a)(6).
18     3.   Notice of this action has been given as required by
19 law.  No appearances have been made in this case by any person
20 other than claimant.  The Court deems that all other potential
21 claimants admit the allegations of the Complaint for Forfeiture
22 to be true.
23     4.   $26,000.00 of the defendant currency, with interest on
24 that amount only earned by the United States since seizure, shall
25 be returned to claimant.  The remainder of the defendant currency
26 (i.e., $9,244.00), plus the interest earned by the United States
27 of America on the remainder of the defendant currency since
28 seizure, shall be condemned and forfeited to the United States of

1  America.  The custodian of the defendant currency is ordered to
2  dispose of the funds forfeited to the United States of America in
3  accordance with law.
4      5.   The funds to be returned to claimant pursuant to
5  paragraph 4 shall be paid to claimant in care of his attorney's,
6  Dimitri P. Gross, client-trust account within sixty (60) days of
7  the entry of this Consent Judgment of Forfeiture.
8      6.   Claimant hereby releases the United States of America,
9  its agencies, agents, officers, employees and representatives,
10 including, without limitation, all agents, officers, employees
11 and representatives of the Federal Bureau of Investigation and
12 the Department of Justice and their respective agencies, as well
13 as all agents, officers, employees and representatives of any
14 state or local governmental or law enforcement agency involved in
15 the investigation or prosecution of this matter, from any and all
16 claims, actions, or liabilities arising out of or related to this
17 action, including, without limitation, any claim for attorney
18 fees, costs, and interest, which may be asserted by or on behalf
19 of claimant.
20     7.   The Court finds that there was reasonable cause for the
21 seizure of the defendant currency and institution of these
22 proceedings.  This judgment shall be construed as a certificate
23 of reasonable cause pursuant to 28 U.S.C. § 2465.
24     8.   The Court further finds that claimant did not
25 substantially prevail in this action, and each of the parties
26 hereto shall bear their own attorney fees and costs.
27 //
28 //

1 | 9. The Court shall maintain jurisdiction in this case for
2 | the purpose of effectuating the terms of this Consent Judgment of
3 | Forfeiture.
4 | DATED: December 20, 2011
5 | THE HONORABLE DEAN P. PREGERSON
  | UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: December __, 2011      ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                                     /s/
                              _____
                              FRANK D. KORTUM
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


DATED: December   __, 2011


                                     /s/
                              _____
                              DIMITRI P. GROSS, ESQ.

                              Attorneys for Claimant
                              ROBERT FLOYD FREELAND